**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marion Shawn ANDERSON,**
**Defendant–Appellant.**

**No. 14–7729.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 12, 2015.

Decided: Feb. 19, 2015.

Marion Shawn Anderson, Appellant Pro Se. Elizabeth Nash Eriksen, Office of the United States Attorney, Karen Ledbetter Taylor, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marion Shawn Anderson appeals the district court's order denying his motion to unseal certain records. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Anderson,* No. 1:11–cr–00231–LMB–1 (E.D.Va. Nov. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*